1416

## MOTION DOCKET

**96–472. State ex rel. Vance v. Marikis.**
Franklin App. No. 94APD12–1784. On request for oral argument. Request denied.

**98–1735. State v. O'Neal.**
Hamilton App. No. C–960392. On motion to consolidate case with 98–147, *State v. O'Neal,* Hamilton App. No. C–960392, and 99–906, *State v. O'Neal,* Hamilton App. No. C–980247. Motion denied.

**98–2358. McMullen v. Ohio State Univ. Hosp.**
Franklin App. Nos. 97API10–1301 and 97API10–1324. On motion to strike portion of appellee's merit brief. Motion denied.

    RESNICK and F.E. SWEENEY, JJ., dissent.

**98–2365. Duquesne Light Co. v. Tracy.**
Board of Tax Appeals, Nos. 95–K–40, 95–K–71 and 95–K–72. On request for argument before full court. Request granted.